IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT FLORIDA

MIAMI DIVISION

CASE NO.:

PEDRO RIVERON,

       Plaintiff(s),

  vs.

MIAMI PARKING AUTHORITY,

       Defendant(s).
_____/

CITY OF MIAMI'S NOTICE OF REMOVAL OF ACTION
_____

COMES NOW THE Defendant CITY OF MIAMI, by and through undersigned counsel, and pursuant to Title 28 U.S.C. Section 1441, et seq., hereby gives notice of removal of this cause by the filing and service of this notice, and states:

1. On or about May 11, 2017, Plaintiff served Defendant CITY OF MIAMI a pleading filed in the Miami-Dade Circuit Court, Case No.: 17-010949 CA 01.

2. The above-referenced complaint was the first receipt by Defendant of a pleading from which it could be ascertained that the case is one which has become removable, as it sets forth purported claims in Count II of the complaint against the Miami Parking Authority arising under the Fair labor Standards Act of 1938 as amended by 29 U.S.C. Section 201-219 and FLSA, 29 U.S.C §203(e). (Complaint ¶¶ 19-22).

3. Copies of all process, pleadings and orders served upon the Defendant in the action being removed are attached hereto (as an exhibit) in compliance with 28 U.S.C. Section 1441(a).

4. The Civil Cover Sheet is also attached hereto as an exhibit.

> VICTORIA MÉNDEZ, City Attorney
> KEVIN R. JONES,
> Assistant City Attorney
> Attorneys for **City of Miami**
> 444 S.W. 2nd Avenue, Suite 945
> Miami, FL 33130-1910
> Tel.: (305) 416-1800
> Fax: (305) 416-1801
> Primary Email: krjones@miamigov.com
> Secondary Email: dbailey@miamigov.com
>
> **By:/s/ Kevin R. Jones,**
> Kevin R. Jones, Assistant City Attorney
> Florida Bar No. 0119067

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> By: **/s:/ Kevin R. Jones**
> Kevin R. Jones, Assistant City Attorney
> Florida Bar No. 0119067

## SERVICE LIST

PEDRO RIVERON v. CITY OF MIAMI
Case No.
United States District Court, Southern District of Florida

Mr. Lawrence J. McGuinness, Esq.
McGuinness & Gonzalez, P.A.
3126 Center St.
Coconut Grove, Fl 33133
Tel. (305) 448-9557
Fax (305)-448-9559
Email: ljmpalaw@netzero.com
Secondary email: scheduling_ljmpa@comcast.net


VICTORIA MÉNDEZ, City Attorney
KEVIN R. JONES,
Division Chief for Labor & Employment
Attorneys for **City of Miami**
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
Email: krjones@miamigov.com
Secondary Email: Yillescas@miamigov.com


                                          **By:/S/ Kevin R. Jones**_____
                                            Kevin R. Jones, Assistant City Attorney
                                            Florida Bar No. 0119067